IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WHA |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |
| DARRYL LAMONT BROWN | ) | |
| RODRIGEZ CHILDRES | ) | |
| JAMES CALVIN TALLEY | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL
## REFORM ACT

Upon the motion of the government, it is ORDERED that a detention hearing is set for March 1, 2007 at 1:00 p.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendants shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 23rd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE