🖉AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **DEFENDANT CHRISTIAN EXHIBIT LIST** |
|---|---|
| V. | |
| KOWOSKY TYWAN CHRISTIAN | Case Number:  2:06cr169-WKW |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SUSAN RUSS WALKER | CLARK MORRIS | JOSEPH VAN HEEST |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| MARCH 5, 2007 | | JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 3/5/07 | | Yes | Chilton County Bond Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE FOLDER WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.