# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| CHRISTOPHER IMAN ULMER, DEFENDANT. | 2:06-CR-169-WHA |

## MOTION FOR REIMBURSEMENT OF COPY EXPENSE

**COMES NOW** the defendant, Christopher Iman Ulmer, by and through the undersigned counsel and respectfully requests this Honorable Court to allow counsel for this indigent Defendant to be reimbursed for expenses incurred when discovery was obtained in this matter by stating the following:

1. Discovery in this sixteen (16) defendant case is voluminous and consist of the following:

    a) 10 DVD's
    b) 19 CD's
    c) 1 Floppy Disc
    d) 6 VHS Videos
    e) 23 Audio Cassette Tapes and
    f) 7,428.00 paper copies

2. The United States Attorney's Office made discovery available in this case through the services of ProLegal Copies of Montgomery, Inc. at the expense of the Defendant.

3. Defendant, Christopher Ulmer obtained a complete set of discovery costing the undersigned a total of $1,234.35. (See attached Exhibit A)

**WHEREFORE the premises considered**, the Defendant prays that this Honorable Court ill issue and Order allowing

**RESPECTFULLY SUBMITTED** this the 26th day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion for Reimbursement of Copy Expense by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 26th day of March, 2007.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

A. Clark Morris
John T. Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Exhibit A

Ulmer

Pro Legal Copies of Montgomery, Inc.

# Invoice

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

| Date | Invoice # |
|---|---|
| 3/16/2007 | 6575 |

| Bill To |
|---|
| Daniel Hamm, Esq.<br>560 South McDonough Street<br>Montgomery, Alabama 36104 |

| Ship To |
|---|
| Daniel Hammn, Esq.<br>560 South McDonough Street<br>Montgomery, AL 36104 |

| Terms | Ship |
|---|---|
| Net 15 | 3/16/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 6 | Videos | Video Duplication | 12.50 | 75.00T |
| 23 | Cass | Copy of Audio Tape | 5.95 | 136.85T |

Paid 3/16/07

Signature

| Sales Tax (10.0%) | $52.79 |
|---|---|
| **Total** | $580.69 |

Pro Legal Copies of Montgomery, Inc.

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2007 | 6549 |

| Bill To |
|---|
| Daniel Hamm, Esq.<br>560 South McDonough Street<br>Montgomery, Alabama 36104 |

| Ship To |
|---|
| Daniel Hammn, Esq.<br>560 South McDonough Street<br>Montgomery, AL 36104 |

| Terms | Ship |
|---|---|
| Net 15 | 3/9/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,428 | 12 | Litigation Copying<br><br>RE: US Drug Case | 0.08 | 594.24T |

Signature   Pai~~~ 3/16/07

| | |
|---|---|
| Sales Tax (10.0%) | $59.42 |
| **Total** | $653.66 |