# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| V. | |
| CHRISTOPHER IMAN ULMER, DEFENDANT. | 2:06-CR-169-WHA-SRW |

## MOTION TO CONTINUE

**COMES NOW,** the defendant, Christopher Iman Ulmer, by and through the undersigned counsel and moves this Honorable Court to continue the Pretrial Conference by stating the following:

1. This Honorable Court set the Defendant's Pretrial Conference for April 2, 2007 at 3:00 p.m.

2. Counsel for the Defendant has a civil trial scheduled to begin at 9:00 a.m. on April 2, 2007 which should last two (2) days. *Susan S. DePaola, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn and Simple Pleasures, Inc. v. V. Restaurants, Inc. and Vince Saele, Case Number 2:06-cv-00893-WKW*.

3. Counsel has spoken to the Government and they do not object to the continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the change of plea hearing currently set for April 2, 2007.

**RESPECTFULLY SUBMITTED** this the 27th day of March, 2007.

/s/ Daniel G. Hamm

---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 27th day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

A. Clark Morris
John T. Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197