IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

## **ORDER**

Upon consideration of defendant Christopher Iman Ulmer's motion to continue pretrial conference (Doc. # 154), filed March 27, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference *for this defendant only* is rescheduled to 3:00 p.m. April 5, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street.

DONE, this 29th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE