IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on May 22, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Christopher Iman Ulmer, to Todd Mims, DEA, and/or Doug Walters, DEA, on May 23, 2007, through August 23, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Todd Mims, DEA, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 23rd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE