# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHRISTOPHER ULMER, DEFENDANT | CASE NUMBER<br><br>2:06-CR-00169-WKW-SRW |

## DEFENDANT'S CONSENT TO SUBSTITUTE COUNSEL

I, Christopher Ulmer, have been informed by my attorney, Daniel G. Hamm that he will not be available for my Pre-Trial Conference scheduled on September 28, 2007. I agreed to allow Ms. Kathy D. Ryan an attorney at law in good standing with the State of Alabama Bar to act as my counsel during my Pre-Trial Conference. Prior to signing this document Mr. Hamm explained to me the purpose of the Pre-Trial Conference and I feel comfortable with Ms. Ryan assuming the duties of counsel during this Pre-Trial Conference.

*[signature]*
CHRISTOPHER ULMER