# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHRISTOPHER ULMER, DEFENDANT | CASE NUMBER<br><br>2:06-CR-00169-WKW-SRW |

## MOTION TO ALLOW SUBSTITUTE COUNSEL FOR PRETRIAL CONFERENCE

**COMES NOW** the defendant, Christopher Ulmer, by and through his counsel of record and pursuant to the Order of Arraignment moves this Honorable Court for an order allowing the substitution of counsel at the Pre-Trial conference currently set for September 28, 2007 by stating the following grounds:

1. The Defendant's counsel will be fulfilling his duties as a Trustee in Bankruptcy with scheduled §341 Meeting of Creditors set for September 28, 2007 beginning at 9:00 a.m.

2. The bankruptcy hearing dates have been pre-set and rescheduling will result in the notification to many debtors and far more creditors.

3. Counsel represents that after further negotiations with the Government, the Defendant will be entering a plea. If the Court finds it acceptable, defense counsel will send another attorney and personally discuss the matters normally covered at a Pre-Trial conference with the attorney for the Government.

4. The Defendant has no objections for the substitution of counsel for the Pre-Trial conference. (See Attached Affidavit)

**MOTION GRANTED**

THIS 30th DAY OF August, 2007

_____
UNITED STATES MAGISTRATE JUDGE

Page 1 of 3