IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. # 495) to which the government does not object, it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from January 22, 2008 to **April 15, 2008, at 10:00 a.m.**

DONE this 14th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE