IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Christopher Iman Ulmer into the custody of Doug Walters and Tom Halasz, DEA, from April 24, 2008 through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Doug Walters and Tom Halasz to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 23rd day of April, 2008.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/A. Clark Morris
        A. CLARK MORRIS
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: clark.morris@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel Gary Hamm, Esq.

    Respectfully submitted,

    /s/A. Clark Morris
    A. CLARK MORRIS
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on April 23, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Christopher Iman Ulmer from April 24, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Doug Walters and Tom Halasz, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE