# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V. | **CASE NUMBERS 2:06-CR-00169-WKW-SRW** |
| **CHRISTOPHER ULMER, DEFENDANT.** | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was previously appointed to represent the Defendant on February 21, 2007.

2. The Defendant was sentenced on April 15, 2008 and the case is now closed.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 19th day of June, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX           334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 19th day of June, 2008.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101