IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| CHRISTOPHER IMAN ULMER | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Withdraw as Attorney (Doc. # 649), it is ORDERED that the motion is GRANTED.

DONE this 24th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE