AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER IMAN ULMER | |

Case No. 2:06cr169-07-WKW

USM No. 12133-002

Crowell Pate DeBardeleben
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-7  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Receiving Stolen Property 1st Degree | 03/31/2017 |
| 2 | Distribution of a Controlled Substance - Marijuana | 03/31/2017 |
| 3 | Distribution of a Controlled Substance - Methamphetamine | 03/31/2017 |
| 4 | Unlawful Possess of a Controlled Substance - Marijuana | 03/31/2017 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3594

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Clanton, AL

07/26/2017
Date of Imposition of Judgment

_/s/ W. Keith Watkins_
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

July 27, 2017
Date

DEFENDANT: CHRISTOPHER IMAN ULMER
CASE NUMBER: 2:06cr169-07-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Unlawful Possession of a Controlled Substance - Marijuana | 03/31/2017 |
| 6 | Failure to Answer Probation Officer Truthfully | 03/31/2017 |
| 7 | Failure to Notify Probation Officer of Change in Residence | 03/31/2017 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page 3 of 3

DEFENDANT: CHRISTOPHER IMAN ULMER
CASE NUMBER: 2:06cr169-07-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

60 months with no supervised release imposed. The Court finds that the sentence is reasonable when considering the nature and circumstances of the offense and the history and characteristics of the defendant, the need to afford adequate deterrence to criminal conduct, the need to protect the public from further crimes of the defendant and to provide defendant with correctional treatment in the most effective manner. The supervised release imposed on April 15, 2008 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL